UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
_____

**JOHNNY LEE RICHMOND,**
               **Plaintiff,**

v.                                          Case No. 14-cv-1094

**UNITED STATES OF AMERICA,**
               **Defendant.**
_____

## ORDER

Johnny Lee Richmond, proceeding pro se, has requested leave to proceed in forma pauperis. *See* 28 U.S.C. § 1915(a)(1). Plaintiff's total monthly income amounts to $189. Thus, having considered plaintiff's affidavit, I conclude that he qualifies for pauper status.

**THEREFORE, IT IS ORDERED** that plaintiff's motion for leave to proceed in forma pauperis is **GRANTED**.

Dated at Milwaukee, Wisconsin, this 24th day of October, 2014.

                                                                             s/ Lynn Adelman
                                                                             _____
                                                                             LYNN ADELMAN
                                                                             District Judge