**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**
_____

**JOHNNY LEE RICHMOND,**
                                **Plaintiff,**

v.                                                              **Case No. 14-cv-1094**

**UNITED STATES OF AMERICA,**
                                **Defendant.**
_____

## <u>ORDER</u>

On October 24, 2014, I granted plaintiff's motion for leave to proceed in forma pauperis. Pursuant to Fed. R. Civ. P. 4(c)(3), I am required to order the U.S. Marshals Service to serve defendant.

**THEREFORE, IT IS ORDERED** that the U.S. Marshals Service shall serve a copy of the complaint, a waiver of service form and/or the summons, and this order upon defendants. Plaintiff is advised that Congress requires the U.S. Marshal's Service to charge for making or attempting such service. 28 U.S.C. § 1921(b). The current fee for waiver-of-service packages is $8 per item. 28 C.F.R. §§ 0.114(a)(2). Although Congress requires the court to order service by the U.S. Marshals Service precisely because in forma pauperis plaintiffs are indigent, it has not made any provision for these fees to be waived either by the court or by the U.S. Marshals Service.

Plaintiff, however, should provide defendant or its counsel with copies of all future motions or papers filed by the plaintiff in this action.

Dated at Milwaukee, Wisconsin, this 12th day of December, 2014.

<u>s/ Lynn Adelman</u>
LYNN ADELMAN
District Judge